## DECLARATION OF JOSEPH BURGESS

I, Joseph Burgess, declare as follows:

1. I am an Investigator with the Wage Hour Division, United States Department of Labor, in the field office located at 196 E. Tabernacle Street, Rm. 18, St. George, UT, 84770. I have been an investigator since 08/30/2009.

2. In March 2016, we received information concerning young children running heavy equipment at a job site at a hotel in Springdale, UT. I traveled to Springdale on March 22, 2016, to investigate the allegations.

3. I observed a construction site at a Springhill Suites hotel. I spoke with the manager of a Holiday Inn located adjacent to the worksite. He gave me access to a wing of the hotel where I could get a better vantage point of the activity next door. The manager stated that he raised concerns with the superintendent at the construction site about youth working on the premises.

4. I walked over to the construction site and visited with Rick Szurgot who introduced himself as the superintendent for the prime contractor, Bonneville Builders. Mr. Szurgot agreed to produce a list of the subcontractors on the job. The list he gave me is attached hereto as Exhibit 1. By the time I got to the job site the only work I observed was individuals carrying tool belts and using hammers. I did not making any findings with respect to FLSA violations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed this 07 day of September 2017.

_____
Joseph W. Burgess

RECEIVED

SEP - 8 2017

US DEPT OF LABOR - SOLICITOR'S OFFICE
1244 Speer Blvd., Suite 515
Denver, CO 80204-3516

1

# Springhill Suites - Springdale, Utah

3/10/2016

## List of Subcontractors

| Trade | Subcontractor | Phone | Contact |
|---|---|---|---|
| Construction Surveying | Boundary Consultants | 801-792-1569 | David Hawkes |
| Excavation / Site Utilities | B4 Enterprises | 435-525-1462 | Jake Jessop |
| Asphalt Paving | B4 Enterprises | 435-525-1462 | Jake Jessop |
| Flagpole | Colonial Flag | 801-562-1177 | Shanna Ellis |
| Building Concrete | David Dockstader Construction | 435-680-2128 | David Dockstader |
| Site Concrete | David Dockstader Construction | 435-680-2128 | David Dockstader |
| Gypcrete | Cell-Crete of Utah | 801-972-2738 | Bart Hardle |
| Precast Concrete | Confab Inc. | 801-544-9054 | Neil |
| Stone / CMU | Diamond Z Stone | 435-467-2339 | Jesse Zitting |
| Structural Steel | Construction Steel Inc. | 435-586-6380 | Wayde Henrie |
| Rough Carpentry | Par 2 Contractors LLC | 435-874-1310 | Brian Jessop |
| Insulation | Tonks Insulation | 435-627-0805 | Gary Tonks |
| Fireproofing | H & H Fireproofing | 435-640-6190 | Jamie Donovan |
| Roofing | RH Roofing | 435-652-9613 | Randy Hirschi |
| Hardie Board / Soffit / Fascia | Al's Works LLC | 435-817-2236 | Alvin Fischer |
| Doors/Frames/Hardware | Par 2 Contractors LLC | 435-467-3772 | Meade Barlow |
| Operable Partition | Alder Sales Corporation | 801-262-9700 | Ryan Reese |
| Aluminum Windows | Quaker Windows & Doors | 800-347-0438 | Andre Dickneite |
| Storefront Glass | Fau's Glass | 435-772-4181 | Andy Hintze |
| Drywall | J & J Contracting | 702-688-1668 | John Poon |
| Acoustical Ceiling | Acoustico Inc. | 801-557-5955 | Brian Lindquist |
| Carpet Install / Resilient Flrg | Western Wholesale Flooring | 801-560-2259 | Randy Barker |
| Wall Covering Install | Wedgewood Development Inc. | 435-676-3148 | Jim Darger |
| Bath Accessories | Par 2 Contractors LLC | 435-467-3772 | Meade Barlow |
| Linen Chute | Valient Products Inc. | 863-688-7998 | Byron English |
| Swimming Pool / Spa | Liquid Creations | 435-862-0017 | Jeff Steed |
| Elevators | Schindler Elevator Corp | 208-577-5537 | Pete Skow |
| Fire Sprinkler | Advanced Fire Protection | 435-635-0839 | Jerry Johnson |
| Plumbing | Abrams Plumbing | 801-647-8099 | Andy Abrams |
| HVAC | L & L Mechanical | 435-673-4694 | Darrin Larkin |
| Electrical | Burton Electric | 801-450-1201 | Steve Young |



**Bonneville BUILDERS** Design-Build Construction

Rick Szurgot
Superintendent

4885 South 900 East Suite 203
Salt Lake City, UT 84117
P (801) 263-1406 · F (801) 261-8360
C (801) 644-4575
rick@bonnevillebuilders.com
www.bonnevillebuilders.com